Larry Chae (SBN 268979)
Email: lchae@slpattorney.com
emailservices@slpattorney.com
Strategic Legal Practices
A PROFESSIONAL CORPORATION
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiff,
NIMA FAGHIRZADEH

SPENCER HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
consumerwarrantyJAGUAR@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant,
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA FAGHIRZADEH,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.:  3:26-cv-00890-JD<br><br>Judge: Hon. James Donato<br><br>**JOINT REQUEST TO APPEAR REMOTELY AT THE INITIAL CASE MANAGEMENT CONFERENCE ON APRIL 30, 2026; DECLARATION OF LARRY CHAE IN SUPPORT THEREOF; DECLARATION OF JAMES MAYO IN SUPPORT THEREOF**<br><br>Hearing Date: April 30, 2026<br>Time:  11:00 a.m.<br>Judge: Honorable James Donato |

**TO THE HONORABLE COURT:**

Plaintiff NIMA FAGHIRZADEH ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant") (collectively referred to as the "Parties") jointly respectfully request the Court allow Counsel for the Parties to appear at the April 30, 2026, Case Management Conference remotely via Zoom.

Counsel for the Parties have litigated multiple California Lemon Law matters with each other, the vast majority involving facts and legal issues similar to the issues presented in this case. The Parties do not anticipate any new or novel arguments which would present a roadblock to discussing issues and scheduling at the Case Management Conference, should the Parties be allowed to appear through remote means.

The personal appearance by counsel for Plaintiff will cause undue hardship because Plaintiff's counsel is not located in the Northern District of California and would be extremely difficult to appear in person.

Plaintiff's counsel is located in Los Angeles, California. Good cause exists for this request as Plaintiff's counsel is not located in the Northern District of California (he is located in Orange County in Southern California) and significant travel would create unnecessary financial and scheduling burdens for Plaintiff's counsel. Counsel for both parties would also be able to save their clients time and money if allowed to appear remotely.

Likewise, the personal appearance by counsel for Defendant, James Mayo, will cause undue hardship because he is not located in the Northern District of California and would be extremely difficult to appear in person. Mr. Mayo is located in Southern California and significant travel would create unnecessary financial and scheduling burdens for defense counsel.

For the reasons set forth herein, the Parties respectfully request an exemption to the Court's in-person requirement for the April 30, 2026 Case Management

JOINT REQUEST TO APPEAR REMOTELY
CASE NO. 5:24-CV-03828-EJD

Conference and request that the Parties' Counsel be allowed to participate remotely via Zoom.

Respectfully Submitted,

Dated: April 23, 2026          STRATEGIC LEGAL PRACTICES, APC


By: /s/ Larry Chae
Larry Chae
Attorneys for Plaintiff NIMA
FAGHIRZADEH


Dated:  April 23, 2026          GORDON REES SCULLY MANSKHANI LLP

By: /s/ James P. Mayo
Spencer P. Hugret
James P. Mayo
Attorneys for Defendant,
JAGUAR LAND ROVER NORTH
AMERICA, LLC

## DECLARATION OF LARRY CHAE

I, Larry Chae, declare and state,

1. I am an attorney admitted to the Bar of the State of California and the United States District Court, Northern District of California. I am an attorney with STRATEGIC LEGAL PRACTICES APC ("SLP") and counsel of record for Plaintiff NIMA FAGHIRZADEH ("Plaintiff"), in the above-captioned matter. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, relevant court records, and communications with other Plaintiff's counsel. If called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of the Joint Request to Appear Remotely at the Case Management Conference on April 30, 2026, being filed by Plaintiff and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant"). Defendant and Plaintiff are collectively referred to as the "Parties".

3. Counsel for the Parties have litigated multiple California Lemon Law matters with each other, the vast majority involving facts and legal issues similar to the issues presented in this case. The Parties do not anticipate any new or novel arguments which would present a roadblock to discussing issues and scheduling at the Initial Case Management Conference, should the Parties be allowed to appear through remote means.

4. The personal appearance by counsel for Plaintiff will cause undue hardship because Plaintiff's counsel is not located in the Northern District of California and would be extremely difficult to appear in person.

5. I reside in Orange County in Southern California. Good cause exists for this request as Plaintiff's counsel is not located in the Northern District of California and significant travel would create unnecessary financial and scheduling burdens for

JOINT REQUEST TO APPEAR REMOTELY
CASE NO. 5:24-CV-03828-EJD

Plaintiff's counsel. Counsel for both parties would also be able to save their clients time and money if allowed to appear remotely.

8.    For the reasons set forth herein, the Parties respectfully requests an exemption to the Court's in-person requirement for the April 30, 2026, Case Management Conference and request that the Parties' Counsel be allowed to participate remotely via Zoom

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April 2026.


By: */s/ Larry Chae*_____
       Larry Chae

JOINT REQUEST TO APPEAR REMOTELY
CASE NO. 5:24-CV-03828-EJD

# DECLARATION OF JAMES MAYO

I, James Mayo, declare and state,

1.    I am an attorney admitted to the Bar of the State of California and the United States District Court, Northern District of California. I am a Senior Associate with GORDON REES SCULLY MANSUKHANI, LLP and counsel of record for Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant"), in the above-captioned matter. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, and relevant court records. If called as a witness, I could and would competently testify thereto.

2.    I submit this declaration in support of the Joint Request to Appear Remotely at the Case Management Conference on April 30, 2026, being filed by Plaintiff and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant"). Defendant and Plaintiff are collectively referred to as the "Parties".

3.    As stated by Plaintiff's counsel, counsel for the Parties have litigated multiple California Lemon Law matters with each other, the vast majority involving facts and legal issues similar to the issues presented in this case. The Parties do not anticipate any new or novel arguments which would present a roadblock to discussing issues and scheduling at the Case Management Conference, should the Parties be allowed to appear through remote means.

4.    The personal appearance by counsel for Defendant will cause undue hardship because I am not located in the Northern District of California, and it would be extremely difficult to appear in person.

5.    I am located in Orange County, California, where I work remotely. Good cause exists for this request as I am not located in San Francisco and significant travel would create unnecessary financial and scheduling burdens for me. Counsel for all parties would also be able to save their clients time and money if allowed to appear remotely.

6.    For the reasons set forth herein, I join Plaintiff's request and respectfully request an exemption to the Court's in person requirement for the April 30, 2026, Case Management Conference and request that the Parties' Counsel be allowed to participate remotely via zoom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April 2026, at Cypress, California.


By: */s/ James P. Mayo*

James P. Mayo

JOINT REQUEST TO APPEAR REMOTELY
CASE NO. 5:24-CV-03828-EJD

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document has concurred in the filing of this document and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 23, 2026          STRATEGIC LEGAL PRACTICES, APC

By: /s/ _____
    Larry Chae
    Attorneys for Plaintiff NIMA
    FAGHIRZADEH

JOINT REQUEST TO APPEAR REMOTELY
CASE NO. 5:24-CV-03828-EJD